UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Brian L. Schmidt
      Bankruptcy No. 15-18895JKF
      Adversary No.
      Chapter    13

Date:  August 15, 2016

To:  Michael Deegan, Esq.

## NOTICE OF INACCURATE FILING

Re:  Amended Chapter 13 Plan (docket #34)

The above pleading was filed in this office on **8/12/16.** Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )   Debtor's name does not match case number listed
- ( )   Debtor's name and/or case number (is) are missing
- ( )   Wrong PDF document attached
- ( )   PDF document not legible
- ( )   Notice of Motion/Objection
- **(x)**   Electronic Signature missing
- ( )   Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

      Timothy B. McGrath
      Clerk

      By:  **Randi Janoff**
      Deputy Clerk

CM-ECF 10 day notice.frm
4/30/04