# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Brian Schmidt | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |
| | : | |
| | : | Case No. 15-18895 jkf |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE, NO RESPONSE AND REQUEST FOR ENTRY AND ORDER APPROVING THE APPLICATION FOR COMPENSATION

I, Michael G. Deegan, Esquire, counsel for the above captioned debtor do hereby certify as follows:

1. If the foregoing Application for Allowance of Debtor's Counsel for Allowance of Compensation ("the Application") was not served upon the persons below by electronic means pursuant to L.B.R. 2005 and Paragraphs 2c of this Court's Standing Order dated April 1, 2003, as amended, I served the Application by first class mail, postage prepaid, or electronic means, on the following persons, and the Debtor on the date set forth below:

    William C. Miller, Trustee
    P.O. Box 40119
    Philadelphia, PA 19106

    Office of the United States Trustee
    833 Chestnut Street
    Philadelphia, PA 19107

    Brian Schmidt
    2024 Garrison Drive
    Chester Springs, PA 19425

2. I served a copy of the Notice of Application on all interested parties by first class mail, postage prepaid on the date set forth below.

3.      No answer or other response has been served upon me since the date of service.

      WHEREFORE, the Debtor's counsel requests that the Court approve the Application and allow the compensation as requested.

Date of Service:      September 7, 2016

Date:  10/18/16                             /s/ Michael G. Deegan
                                                          Michael G. Deegan, Esquire
                                                          134 West King Street
                                                          Malvern, PA 19355
                                                          (610) 251-9160
                                                          (610) 251-0205 - Fax
                                                          Counsel for Debtor