```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                          Case No. 15-18895-jkf
Brian L Schmidt                                                 Chapter 13
       Debtor              CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi              Page 1 of 2              Date Rcvd: Oct 21, 2016
                            Form ID: pdf900          Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2016.
db            +Brian L Schmidt,    2024 Garrison Drive,    Chester Springs, PA 19425-3875
aty           +Michael Deegan,    134 West King Street,    Malvern, PA 19355-2412
cr            +Windsor Ridge Homeowners Association,     Marcus & Hoffman P.C.,
                c/o Robert J. Hoffman, Esquire,    326 West State Street,    Media, PA 19063-2616
13646733     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial,    PO Box 183853,    Arlington, TX 76096)
13651671      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
13646734      +KML Law Group,    701 Market Street,    Suite 500,    Philadelphia, PA 19106-1538
13646735      +Marcus & Hoffman,    326 West State Street,    Media, PA 19063-2616
13664899      +PNC Bank, NA,    c/o Andrew F. Gornall, Esq.,    KML Law Group P.C.,     701 Market St., Ste. 5000,
                Phila., PA 19106-1541
13729220      +PNC Bank, National Association,    c/o PNC Mortgage, a division of PNC Bank,
                3232 Newmark Drive,    Miamisburg, OH 45342-5421
13646736      +PNC Mortgage,    3232 Newark Drive,    Miamisburg, OH 45342-5433
13646737      +Title Max of Delaware,    3401 Kirkwood Highway,    Wilmington, DE 19808-6133
13646738      +Upper Uwchlan Township,    140 Pottstown Pike,    Chester Springs, PA 19425-9516
13646739      +Windsor Ridge Homeowner’s Association,    c/o Penco Management,    353 Elmhurst Drive,
                Chester Springs, PA 19425-3697
13720221      +Windsor Ridge Homeowners Association,     c/o Robert J. Hoffman, Esquire,
                Marcus & Hoffman, P.C.,    326 West State Street,    Media, PA 19063-2616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Oct 22 2016 02:18:29      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 22 2016 02:17:30
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 22 2016 02:18:21      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13654286       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 22 2016 02:13:27
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
13659033      +E-mail/Text: bankruptcygroup@peco-energy.com Oct 22 2016 02:17:20      PECO Energy Company,
                Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             AmeriCredit Financial Services, Inc. dba GM Financ
13660118*     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
13720223*     +Windsor Ridge Homeowners Association,     c/o Robert J. Hoffman, Esquire,
                Marcus & Hoffman, P.C.,    326 West State Street,    Media, PA 19063-2616
                                                                                  TOTALS: 1, * 2, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Randi                Page 2 of 2                   Date Rcvd: Oct 21, 2016
                               Form ID: pdf900            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2016 at the address(es) listed below:

        ANDREW F GORNALL    on behalf of Creditor    PNC Bank, National Association agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        MICHAEL G. DEEGAN    on behalf of Attorney Michael  Deegan mgdeegan@comcast.net
        MICHAEL G. DEEGAN    on behalf of Debtor Brian L Schmidt mgdeegan@comcast.net
        ROBERT J. HOFFMAN    on behalf of Creditor    Windsor Ridge Homeowners Association collections@marcushoffman.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com

        TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Brian Schmidt | : | Chapter 13 |
| Debtor(s) | : | |
| | : | Case No. 15-18895 jkf |

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINES FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This Chapter 13 bankruptcy is **DISMISSED**.

2. Counsel for the debtor shall file a master mailing list with the Clerk of the Bankruptcy Court, if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowances of professional fees) shall be filed within twenty-one (21) days of the entry of this Order, if such has not been previously filed.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days o the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the propose compensation nor an application for administrative expenses has been filed, or if such application has been filed, set a hearing on all such applications.

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsel have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to the Debtor(s) pursuant to 11 U.S.C. §1326

Date: 10/20/16

JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE.