## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Brian Schmidt | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |
| | : | |
| | : | Case No. 15-18895 jkf |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Michael G. Deegan, Esquire, counsel for the above captioned debtor do hereby certify that on the date set forth below, I caused a true and correct copy of the Court's Order Dismissing Chapter 13 Case and Setting Deadlines For Applications For Allowance of Administrative Expenses to be served via first class mail, postage prepaid, and or electronic means on the parties listed below:

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106
electronically

Office of the United States Trustee
833 Chestnut Street
Philadelphia, PA 19107
electronically

Brian Schmidt
2024 Garrison Drive
Chester Springs, PA 19425

All parties in interest


Date:  10/24/16                                   /s/ Michael G. Deegan
                                                                Michael G. Deegan, Esquire
                                                                134 West King Street
                                                                Malvern, PA 19355
                                                                (610) 251-9160
                                                                (610) 251-0205 - Fax
                                                                Counsel for Debtor