**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In Re:  Brian Schmidt | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |
| | : | |
| | : | Case No. 15-18895 jkf |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE, NO RESPONSE AND REQUEST FOR ENTRY AND
ORDER APPROVING THE APPLICATION FOR COMPENSATION**

     Pursuant to the Order dated October 20, 2016, I, Michael G. Deegan, Esquire, counsel for the above captioned debtor do hereby certify as follows:

1.    If the foregoing Application for Allowance of Debtor's Counsel for Allowance of Compensation ("the Application") was not served upon the persons below by electronic means pursuant to L.B.R. 2005 and Paragraphs 2c of this Court's Standing Order dated April 1, 2003, as amended, I served the Application by first class mail, postage prepaid on the following persons, and the Debtor on the date set forth below:

        William C. Miller, Trustee
        P.O. Box 40119
        Philadelphia, PA 19106

        Office of the United States Trustee
        833 Chestnut Street
        Philadelphia, PA 19107

        Brian Schmidt
        2024 Garrison Drive
        Chester Springs, PA 19425

2.    I served a copy of the Order Dismissing Dismissing Chapter 13 Case and Setting Deadlines For Applications For Allowance of Administrative Expenses Notice of Application on all interested parties by first class mail, postage prepaid on October 24, 2016.

3.    I served a copy of the Notice of Application on all interested parties by first class mail, postage prepaid on the date set forth below.

4.  No objection to the proposed compensation has been filed or served upon me since the date of service.

5.  No other Applications for Administrative Expenses have been filed or served upon me.

WHEREFORE, the Debtor's counsel requests that the Court approve the Application and allow the compensation as requested.

Date of Service of Fee Application:   09/07/16

Date:   11/11/16                                   /s/ Michael G. Deegan
                                                    Michael G. Deegan, Esquire
                                                    134 West King Street
                                                    Malvern, PA 19355
                                                    (610) 251-9160
                                                    (610) 251-0205 - Fax
                                                    Counsel for Debtor