United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-18895-jkf
Brian L Schmidt                                                       Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi         Page 1 of 1         Date Rcvd: Nov 14, 2016
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2016.
db           +Brian L Schmidt,    2024 Garrison Drive,    Chester Springs, PA 19425-3875

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2016 at the address(es) listed below:
     ANDREW F GORNALL    on behalf of Creditor   PNC Bank, National Association
      agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor   PNC Bank, National Association
      bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
     MICHAEL G. DEEGAN    on behalf of Attorney Michael   Deegan mgdeegan@comcast.net
     MICHAEL G. DEEGAN    on behalf of Debtor Brian L Schmidt mgdeegan@comcast.net
     ROBERT J. HOFFMAN    on behalf of Creditor   Windsor Ridge Homeowners Association
      collections@marcushoffman.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                          TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Brian Schmidt | : Chapter 13 |
| Debtor(s) | : |
| | : Case No. 15-18895 jkf |

### ORDER

**AND NOW**, this _____ day of _____, 2016 upon consideration of the Application for Compensation ("the Application") filed by the debtor's counsel, Michael G. Deegan, Esquire, ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the applicant in the amount of $3,500.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B) the allowed compensation set forth in ¶2, less $2,000.00 which was paid by the debtor pre-petition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan..

**Date: November 14, 2016**                                   United States Bankruptcy Judge